UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00236-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| Vs. | )<br>) ORDER OF CONTINUANCE<br>) (Additional Time to Prepare Required) |
| **Karen Spurlin Turner**, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on defendant's Motion to Continue. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue (#oral at calendar call) is **GRANTED,** this matter is continued to the next criminal term, and the Court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. Specifically, defendant and counsel have shown a need for additional time to review discovery and other materials, including plea offers, in preparing for trial or other resolution of this matter.

1

This matter is continued to the May 2019 term, and the time is excluded. The time for filing pretrial motions is further **ENLARGED** by 60 days from entry of this Order.

Signed: March 20, 2019

Max O. Cogburn Jr
United States District Judge