UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-236-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KAREN SPURLIN TURNER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court following the Government's Submission Regarding Restitution, filed on May 22, 2020. Defendant has not responded to the Government's filing. Before ruling on the Government's filing and determining the amount of restitution, the Court will give Defendant the opportunity to respond.

Defendant, therefore, shall have ten days in which to respond to the Government's filing. If Defendant fails to respond, the Court will likely approve the amount of restitution asserted by the Government without further notice.

**IT IS SO ORDERED**.

Signed: June 5, 2020

Max O. Cogburn Jr.
United States District Judge