**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:16-CR-00236-MOC-DSC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **KAREN SPURLIN TURNER,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on the Government's Submission Regarding the Amount of Restitution Owed, Doc. No. 28, and the Defendant's Motion in Support of the Government's Proposed Restitution Order, Doc. No. 30. The motions make clear that the parties and the victim have agreed to a methodology for determining restitution and to an amount. Finding the restitution amount appropriate, fair, and reasonable, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Restitution, Doc. No. 28 is **GRANTED**, and the Judgment entered in this matter is **AMENDED** to reflect restitution payable by Defendant to the Social Security Administration in the amount of **$40,983**. The Clerk of Court shall submit to chambers an Amended Judgment reflecting the award of restitution.

Signed: June 24, 2020

Max O. Cogburn Jr
United States District Judge